# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL ANTHONY NELSON,
Petitioner,

vs.

THE STATE OF NEVADA,
Respondent.

No. 71031

FILED

OCT 13 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus and/or prohibition. Petitioner requests that this court direct former district court Judge James Bixler to enter a written order denying petitioner's "motion to set aside verdict for insufficient evidence and enter a judgment of acquittal." Without deciding upon the merits of any claims raised herein, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. Accordingly, we

ORDER the petition DENIED.

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

cc: Chief Judge, Eighth Judicial District Court
Michael Anthony Nelson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

16-31994